**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Antonio Mulolo Francisco,
     v.                                                                    Civil No. 1:26-cv-00381-JL-TSM
Amy Boncher, et al.

**SUMMARY ORDER FOR BOND HEARING**

     The court has reviewed the Respondent's Opposition to Petition for Writ of Habeas Corpus, which they filed in response to the court's order to respond to the petition within seven days.[1]  Without prompting from the court in the form of a show-cause order or explicit argument by the petitioner on whether 8 U.S.C. § 1226(c) governs his detention, the respondents affirmatively argue that the charging dates for the criminal charges filed against the petitioner[2] "predate the ratification of the Laken Riley Act,"[3] and that the assault and indecent conduct charges of which he was ultimately convicted "do not implicate the Act."[4] The respondents go on to assert, again without prompting from the court in the form of a show-cause order, that, though they "object to this Court granting relief on the basis of *Destino [v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.)]" on the ground that the case was "wrongly decided," they "acknowledge that if the Court adopts and applies the reasoning set forth in *Destino* in the instant case, the Court will reach the same result and would order that Petitioner be afforded a bond hearing before an IJ."[5]

     Based on the respondents' affirmative arguments on the inapplicability of the Laken Riley Act and the petitioner's eligibility for relief under *Destino*, and recognizing that such a hearing may be little more than a due process formality under the circumstances, the court GRANTS the petition[6] for a bond hearing and orders the respondents to provide the petitioner with a bond hearing before an Immigration Judge as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report on or before **June 8, 2026**.

     **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 27, 2026
cc:    Counsel of Record

---

[1] Service Order (doc. no. 3) at 2.
[2] Charges of gross sexual assault, assault, robbery, theft, and indecent conduct.
[3] Resp. to Pet. (doc. no. 6) at 1
[4] *Id.* at 2.
[5] *Id.* at 3.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[6] Doc. no. 1.